EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | Solicitud de Reinstalación |
|---|---|
| Angel L. Marrero Figarella | 99 TSPR 171 |

Número del Caso: TS-5399

Fecha: 11/12/1999

Oficina del Procurador General: Lcdo. Miguel A. Santana Bagur
                                Procurador General Auxiliar

Abogado de Angel L. Marrero Figarella: Lcda. Reina Vázquez Vélez

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Angel L. Marrero Figarella                    TS—5399

RESOLUCION

San Juan, Puerto Rico, a 12 de noviembre de 1999.

Vista la "Petición de Reinstalación" presentada por el querellado Angel L. Marrero Figarella el 5 de octubre de 1999 a la luz de nuestra Opinión *Per Curiam* de 13 de julio de 1998 y del Informe de la Oficina del Inspector de Notarías presentado el 21 de junio de 1999, se autoriza su reinstalación al ejercicio de la abogacía, efectivo al día de hoy.

Notifíquese por escrito y vía telefónica.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Fuster Berlingeri no intervino.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo